**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6218**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH WAYNE WATFORD, a/k/a Abdul Abrams,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:12-cr-00623-PJM-3)

Submitted: June 13, 2019                    Decided: June 18, 2019

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kenneth Wayne Watford, Appellant Pro Se. Elizabeth G. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Watford was convicted of several fraud and identity theft offenses and was sentenced to 135 months' imprisonment on October 15, 2015. The judgment was entered October 22, 2015. On direct appeal, we affirmed the convictions and sentence. *United States v. Watford*, 692 F. App'x 108, 112 (4th Cir. 2017) (No. 15-4637). Watford has now filed a second notice of appeal from the same criminal judgment. Because we previously affirmed this criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED*